UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ISABEL CAMACHO RAMIREZ, Petitioner, v. WARDEN, Imperial Regional Adult Detention Facility, et al., Respondents. | Case No.: 3:26-cv-3689-CAB-MSB **ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Martha Isabel Camacho Ramirez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 7 ("Petition").] Petitioner is a citizen of Mexico who alleges that she was paroled into the United States on November 17, 2023 to allow her to apply for asylum. [*Id.* at 2.] She further alleges she was detained by immigration authorities on February 24, 2026 while driving from Arizona to Los Angeles. [*Id.* at 3.]

Respondents confirm that Petitioner was previously released from immigration custody on parole issued under 8 U.S.C. § 1182(d)(5) and state that they "have insufficient information regarding termination of that parole . . . to provide to the Court." [Doc. No. 9 at 1.] Though Respondents argue that Petitioner is subject to mandatory detention under

8 U.S.C. § 1225(b)(2), they "acknowledge[] that this Court, and Courts in this District, have repeatedly reached the opposite conclusion under the same and/or similar facts" and therefore "do[] not oppose the petition and defer[] to the Court on the appropriate relief." [*Id.* at 1–2.]

The Court therefore **GRANTS** a writ of habeas corpus. Respondents are **ORDERED** to immediately release Petitioner Martha Isabel Camacho Ramirez under the same conditions of release that existed immediately prior to her most recent re-detention.

<u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated: July 21, 2026

Hon. Cathy Ann Bencivengo
United States District Judge